JOSEPH MARESCA, Appellant, v. MARY MARESCA, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

SARAH SHTEVELMAN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

LENA RAPPAPORT, Respondent, v. THE CITY OF NEW YORK, Appellant.— Determination of the Appellate Term and judgment of the Municipal Court unanimously reversed and the complaint dismissed, with costs to the appellant in all courts, on the authority of Lewis v. City of New York (252 App. Div. 732; affd., 278 N. Y. 517). Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

## (May 23, 1938.)

ISRAEL B. SANDLER, Respondent, v. SCHENLEY PRODUCTS Co., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of LOUIS JAY (Admitted as LOUIS JAYKOWSKY), an Attorney.— Reference ordered. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of WILLIAM H. TICHO, JR., an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

## (May 27, 1938.)

ALEXANDER HAMILTON INSTITUTE, Appellant, v. CHESTER HUSTON, Respondent.

PER CURIAM. The defendant's correspondence establishes beyond possibility of contradiction the defendant's liability to the plaintiff. It is so repugnant to the defense of fraud which is asserted in the answer, as to require the conclusion that that defense is a mere afterthought and sham.

The order should be reversed, with twenty dollars costs and disbursements and the motion granted.

Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted.